IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ARNE SOREIDE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 320-005 |
| | ) |
| STACY N. STONE, Warden, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 5.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the petition filed pursuant to 28 U.S.C. § 2241, and **CLOSES** this civil action.

SO ORDERED this 27th day of Feb., 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE