# United States District Court
## Southern District of Georgia

ARNIE SOREIDE,

    Petitioner,

    v.

STACY N. STONE, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-005

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 27, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Petitioner's Petition filed pursuant to 28 U.S.C. § 2241 is DISMISSED. This action stands CLOSED.

02/27/2020
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*