IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 AUG 14 PM 2:07

CLERK J Hodge
SO. DIST. OF GA.

| | |
|---|---|
| ARNE SOREIDE, | ) |
| | ) |
| Petitioner-Appellant, | ) |
| | ) Case No.: CV 320-005 |
| v. | ) |
| | ) Appeal No.: 20-10977-G |
| WARDEN, | ) |
| | ) |
| Respondent-Appellee. | ) |

The appeal in above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this 14th day of August 2020.

_____
UNITED STATES DISTRICT JUDGE